# Court of Appeals
# of the State of Georgia

ATLANTA,  June 17, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1581. ROSLYN HAJEK v. THOMAS HAJEK.

Plaintiff Roslyn Hajek and defendant Thomas Hajek were divorced in 2022. In 2023, Roslyn filed a complaint for modification of child custody and child support, and a motion for contempt. In October 2023, the trial court entered an order modifying the parties' support and custody arrangements. Roslyn filed a direct appeal from the trial court's order, which we dismissed on June 27, 2024 due to her failure to comply with this Court's briefing deadlines. See Case No. A24A1316. Upon receiving remittitur, the trial court entered an order sealing a guardian ad litem report. Roslyn then filed this direct appeal. We, however, lack jurisdiction.

As a general rule, appeals in domestic relations cases must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b). Although OCGA § 5-6-34 (a) (11) permits a direct appeal from child custody orders, when the order at issue on appeal does not involve child custody rulings, the appeal in a domestic relations case must be brought by discretionary application. *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Here, Roslyn does not challenge any custody rulings on appeal. Instead, she merely seeks to challenge the entry of the order sealing the guardian ad litem report. Under these circumstances, Roslyn was required to file a discretionary application to garner appellate review of the order at issue. See *Voyles*, 301 Ga. at 47; OCGA § 5-6-35 (a) (2), (b).

Her failure to do so deprives this Court of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___06/17/2025_____*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*